P-SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 05.-1110-GPS | Date | January 12, 2006 |
|---|---|---|---|

Present: The Honorable **GEORGE P. SCHIAVELLI**, United States District Judge

Interpreter

| Krista Barrett | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JOHN HARPER | NO | X | | Darlene Ricker | NO | | X |

**Proceedings:**  REQUEST TO BE RELIEVED AS COUNSEL OF RECORD (IN CHAMBERS)

The Court has read and considered Ms. Ricker's "Notice of Conflict etc." filed January 9, 2006. The request is granted.

The Court hereby appoints Steve Escovar, who is #1 on the CJA duty roster for district judges today, as counsel for defendant John Harper. Ms Ricker is ordered to turn over all discovery and files in her possession to Mr. Escovar forthwith.

ENTER ON CMS

JAN 1 3 2006

Initials of Deputy Clerk

cc:

CR-11 (09/98)  **CRIMINAL MINUTES - GENERAL**  Page 1 of 1

# NOTICE PARTY SERVICE LIST

Case No. _CR05-1110-GA_  Case Title _US v. Harper_

Title of Document _New order_

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | Stratton, Maria - Federal Public Defender |
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name: _Steve Escovar_

Firm:

Address (include suite or floor):
_221 E. Walnut St #106_
_Pasadena CA 91101_

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk