P-SEND cc: USM, USPO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 05 -1110 -GPS | Date | January 27, 2006 |
|---|---|---|---|

Present: The Honorable **GEORGE P. SCHIAVELLI**, United States District Judge

Interpreter

| Krista Barrett | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JOHN HARPER | NO | X | | | | | |
| JESSE DEON BLEVINS | NO | X | | Fred McCurry | NO | X | |

Proceedings: APPOINTMENT OF NEW COUNSEL FOR DEFT HARPER AND NOTICE OF STATUS CONFERENCE (IN CHAMBERS)

The Court hereby grants Mr. Escovar's request to be relieved as counsel of record for defendant Harper, and appoints Dana Cephas as CJA counsel for defendant. Mr. Escovar is ordered to turn over all discovery and files in his possession forthwith.

A status conference is set on the Court's calendar on **Friday, February 3, 2006 at 11:30 a.m.** All counsel are ordered to be present with defendants.

NTER ON CMS

JAN 3 0 2006

Initials of Deputy Clerk

cc:

CR-11 (09/98)     CRIMINAL MINUTES - GENERAL     Page 1 of 1